UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEON MUHAMMAD,<br><br>Defendant.. | 2:09-cr-00527-RLH-RJJ<br><br>**ORDER TO MODIFY CONDITIONS OF<br>SUPERVISED RELEASE** |

Based on the Motion to Modify Conditions of Supervised Release, and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Mr. Muhammad's conditions be modified to allow him to travel for employment purposes, all other terms and conditions remaining in effect as originally ordered.

DATED: April 18th, 2013.

_____
UNITED STATES DISTRICT JUDGE